# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELLY ROYSTER** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-2126** |
| | : | |
| **LAWRENCE MAHALLY et al.** | : | |

## ORDER

This 1st day of April, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion for Relief from Judgment under Fed. R. Civ. P. 60(b), ECF 20, is **DENIED**.

Because jurists of reason would not find debatable the Court's disposition of Petitioner's Rule 60(b) motion, the Court further declines to grant a certificate of appealability. *See* 28 U.S.C. § 2253; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

/s/ Gerald Austin McHugh
United States District Judge